IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Juan Manual Jiminez, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 cv 3915 |
| v. | ) | |
| | ) | |
| Midlothian Hog Wild, et al, | ) | |
| | ) | Judge Lindberg |
| Defendants. | ) | Magistrate Judge Cole |

**DEFENDANTS' NOTICE OF FILING APPEARANCE**

TO:
John W. Billhorn
515 N. State Street, suite 2200
Chicago, IL 60610
jbillhorn@billhornlaw.com

    PLEASE TAKE NOTICE that on August 21, 2008 we filed electronically with the District Clerk for the Northern District of Illinois **DEFENDANTS' NOTICE OF FILING APPEARANCE .** A copy is available electronically.

                                       s/ Mitchell A. Kline
                                       Attorney for Plaintiff
                                       Law Office of Mitchell A. Kline
                                       203 N. LaSalle Street, Suite 2100
                                       Chicago, Illinois 60601
                                       Telephone: (312) 558-1454
                                       Fax: 312 346 9603
                                       E-mail:mitchellakline@aol.com

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on August 21, 2008, I electronically filed the foregoing notice and motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:


John W. Billhorn
515 N. State Street, suite 2200
Chicago, IL 60610

jbillhorn@billhornlaw.com

                                              s/ Mitchell A. Kline
Attorney for Plaintiff
Law Office of Mitchell A. Kline
203 N. LaSalle Street, Suite 2100
Chicago, Illinois 60601
Telephone: (312) 558-1454
Fax: 312 346 9603
E-mail:mitchellakline@aol.com